# EXHIBIT A

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| James H. Cordes, Esq.     State Bar No. 175398<br>James H. Cordes and Associates<br>831 State Street, Suite 205<br>Santa Barbara, California 93101<br>TELEPHONE NO.: 805/965-6800     FAX NO. *(Optional)*: 805/965-5556<br>E-MAIL ADDRESS *(Optional)*: jim@jamescordes.com<br>ATTORNEY FOR *(Name)*: Plaintiff GARY BAKER | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
STREET ADDRESS: 1100 Anacapa Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Barbara, CA 93101
BRANCH NAME: ANACAPA DIVISION

PLAINTIFF/PETITIONER: GARY BAKER

DEFENDANT/RESPONDENT: CINAMAKER, INC. et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>23CV05455 |
|---|---|

TO *(insert name of party being served)*: CINAMAKER, INC., c/o Sidney F. Lewis, Esq.

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: December 12, 2023

James H. Cordes, Esq.
*(TYPE OR PRINT NAME)*     ▶  *(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)*

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:

1. ✔ A copy of the summons and of the complaint.
2. ☐ Other *(specify)*:

*(To be completed by recipient):*

Date this form is signed: December ___, 2023

Sidney F. Lewis, Esq. for CINAMAKER, INC.
*(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)*     ▶     *(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>James H. Cordes, Esq.      State Bar No. 175398<br>James H. Cordes and Associates<br>831 State Street, Suite 205<br>Santa Barbara, California 93101<br>TELEPHONE NO.: 805/965-6800      FAX NO. *(Optional):* 805/965-5556<br>E-MAIL ADDRESS *(Optional):* jim@jamescordes.com<br>ATTORNEY FOR *(Name):* Plaintiff GARY BAKER | **POS-015**<br>**FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SANTA BARBARA
STREET ADDRESS: 1100 Anacapa Street
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Barbara, CA 93101
BRANCH NAME: ANACAPA DIVISION

PLAINTIFF/PETITIONER: GARY BAKER

DEFENDANT/RESPONDENT: CINAMAKER, INC. et al.

| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | **CASE NUMBER:**<br>23CV05455 |
|---|---|

TO *(insert name of party being served):* BENJAMIN NOWAK, c/o Sidney F. Lewis, Esq.

## NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: December 12, 2023

James H. Cordes, Esq.
(TYPE OR PRINT NAME)       ▶ *(signed)*
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. [✓]  A copy of the summons and of the complaint.
2. [ ]  Other *(specify)*:

*(To be completed by recipient):*

Date this form is signed: December ___, 2023

Sidney F. Lewis, Esq. for BENJAMIN NOWAK
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov