# EXHIBIT E

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)*:<br>James H. Cordes (#175398)<br>James H. Cordes and Associates<br>831 State Street, Suite 205<br>Santa Barbara, Ca 93101<br>ATTORNEY FOR *(NAME)*: Plaintiff GARY BAKER | TELEPHONE NO.:<br>(805) 965-6800 | *FOR COURT USE ONLY*<br>**ELECTRONICALLY FILED**<br>Superior Court of California<br>County of Santa Barbara<br>Darrel E. Parker, Executive Officer<br>12/11/2023 11:11 AM<br>By: Narzralli Baksh, Deputy |
|---|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA**<br><br>☒ Santa Barbara–Anacapa ☐ Santa Maria-Cook ☐ Lompoc Division<br>1100 Anacapa Street 312-C East Cook Street 115 Civic Center Plaza<br>Santa Barbara, CA 93101 Santa Maria, CA 93454 Lompoc, CA 93436 | | |
| PLAINTIFF: GARY BAKER<br><br>DEFENDANT: CINAMAKER, INC. et al. | | |
| **CIVIL CASE COVER SHEET ADDENDUM** | | CASE NUMBER:<br>**23CV05455** |

Santa Barbara County Superior Court Local Rule, rule 201 divides Santa Barbara County geographically into two separate regions referred to as "South County" and "North County," the boundaries of which are more particularly defined in rule 201. "South County" includes the cities of Carpinteria, Santa Barbara, and Goleta; "North County" includes the cities of Santa Maria, Lompoc, Buellton and Solvang. A map depicting this geographical division is contained in Appendix 1 to the local rules.

Local Rule 203 provides: "When, under California law, 'North County' would be a 'proper county' for venue purposes, all filings for such matters shall be in the appropriate division of the Clerk's office in North County. All other filings shall be made in the Clerk's office in the appropriate division of the Court in South County. The title of the Court required to be placed on the first page of documents pursuant to CRC 2.111 includes the name of the appropriate Court division."

A plaintiff filing a new complaint or petition is required by Local Rule 1310 to complete and file this Civil Case Cover Sheet Addendum to state the basis for filing in North County or South County.

The undersigned represents to the Court:

This action is filed in ☐ North County ☒ South County because venue is proper in this region for the following reason(s):

☐ A defendant resides or has its principal place of business in this region at: _____

☒ The personal injury, damage to property, or breach of contract that is claimed in the complaint occurred in this region at: This is a breach of employment contract case. Plaintiff worked in and around the City of Santa Barbara.

☐ There is a related case filed with the court in this region (e.g., the related personal injury action to a petition to transfer structured settlement payments) [identify case, including case number]: _____

☒ Venue is otherwise proper in this region because [explain]: This is an employment law case. Plaintiff worked in and around the City of Santa Barbara.

[Electronically signed; CRC Rule 2.257]

Dated: December 11, 2023

/s/ *James H. Cordes*
*Signature of Plaintiff or Plaintiff's Counsel*

---

Form Adopted for Mandatory Use
Santa Barbara Superior Court
SC-2069 [New July 2018]

**CIVIL CASE COVER SHEET ADDENDUM**