# EXHIBIT F

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA**<br>STREET ADDRESS: 1100 Anacapa Street<br>CITY AND ZIP CODE: Santa Barbara CA 93101<br>BRANCH NAME: Anacapa | FOR COURT USE ONLY<br>**FILED**<br>SUPERIOR COURT of CALIFORNIA<br>COUNTY of SANTA BARBARA<br>**12/11/2023**<br>Darrel E. Parker, Executive Officer<br>BY Baksh, Narzralli<br>Deputy Clerk |
| CAPTION:<br>**Gary Baker vs Benjamin Nowak et al** | |
| **ORDER AND NOTICE OF CASE ASSIGNMENT;<br>NOTICE OF CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>**23CV05455** |

The above case is hereby assigned to Judge **Colleen K Sterne** for ALL purposes, including trial. All future matters, including ex-parte matters, are to be scheduled with the assigned judge. Counsel shall include the name of the assigned judge in the caption of every document filed with the court. The above-entitled case is hereby ordered set for:

**Case Management Conference** on **04/15/2024** at **8:30 AM** in **SB Dept 5** at the court address above.

PLAINTIFF SHALL GIVE NOTICE of this assignment to ALL parties brought into the case, including but not limited to defendants, cross-defendants and intervenors. A Proof of Service of this ORDER & NOTICE OF CASE ASSIGNMENT is to be filed with the Court within five (5) working days after service. Failure to give notice and file proof thereof or failure to appear may result in the imposition of sanctions. Pursuant to California Rule of Court 3.725, no later than fifteen (15) calendar days before the date set for the Case Management Conference, each party must file a Case Management Statement (Judicial Council form CM110). In lieu of each party filing a separate Case Management Statement, any two or more parties may file a joint statement.

Appearance by Zoom video conference is currently optional for Civil Case Management Conferences.
Please refer to the court's website for information about remote proceedings
https://santabarbara.courts.ca.gov/system/files/general/zoom_instructions-cv-fl-pr.pdf.
Use the links provided to access the Remote Hearing Information flyer in English
https://santabarbara.courts.ca.gov/system/files/general/zoom_instructions-cv-fl-pr.pdf, and in Spanish
https://santabarbara.courts.ca.gov/system/files/zoom_instructionssp.pdf. Or visit the to the court's website at
https://santabarbara.courts.ca.gov/ and click on Remote Appearance by Zoom.

At the Court's discretion counsel, parties and insurance representatives (if any) with full settlement authority may be required to attend a CADRe Information Meeting within ten (10) days of the Conference date.

Dated: 12/11/2023

*Pauline Maxwell*
Judge of the Superior Court
Pauline Maxwell

## CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this action and that a true copy of the foregoing was mailed first class, postage prepaid, in a sealed envelope addressed as shown, and that the mailing of the foregoing and execution of this certificate occurred at (*place*): Santa Barbara, California on: 12/11/23.

James H Cordes
James H Cordes and Associates
831 State St Ste 205
Santa Barbara       CA  93101-

Darrel E. Parker, Executive Officer      By      Narzralli Baksh      Deputy Clerk