JOHN W. MILLS
(CA State Bar No. 149861)
JONES WALKER, LLP
3455 PEACHTREE ROAD NE,
SUITE 1400
ATLANTA, GA 30326
TELEPHONE: 404-870-7517
FACSIMILE: 404-870-7533
jmills@joneswalker.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BAKER, an individual<br><br>            Plaintiff(s),<br><br>    vs.<br><br>NAME OF DEFENDANT(S),<br>CINAMAKER, INC., a corporation<br>BENJAMIN NOWAK, an individual, and<br>DOES 1 through 10, inclusive<br>            Defendant(s). | Case No.: 23-10611<br><br>**PROOF OF SERVICE**<br><br>**State Complaint No. 23CV05455**<br>**On Removal from California Superior Court**<br>**for the County of Santa Barbara**<br><br>**Complaint Filed: December 11, 2023** |

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in Fulton County, Georgia. I am over the age of 18 years and not a party to the within-entitled action. My business address is 3455 Peachtree Road NE, Suite 1400 Atlanta, GA 30326 and my email is jmills@joneswalker.com.

On December 18, 2023, I served the foregoing documents by mail described as:

- Notice of Removal; Exhibits Thereto;

- Certification and Notice of Interested Parties;

- Civil Cover Sheet;

- 1 -
PROOF OF SERVICE

#101883398v2

- Proof of Service;

on the parties in this action by placing a true copy(ies) or the original(s) thereof enclosed in a sealed envelope(s) addressed as follows:

**Please see attached service list.**

I hereby certify that on December 18, 2023, I electronically filed the above-mentioned documents in *Gary Baker vs. Cinamaker, Inc and Benjamin Nowak*, State Complaint No. 23CV05455, with the Clerk of Court using the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on:  December 19th, 2023 at Atlanta, Georgia.

By: _____*/s/ John W. Mills*_____
John W. Mills
jmills@joneswalker.com
Attorney for Defendants CINAMAKER, INC. and BENJAMIN NOWAK