# United States of America

## State of Louisiana

## Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of

Louisiana, do hereby certify that

### *JOSEPH F. LAVIGNE ESQ.,  #28119*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court

and the several courts of the State of Louisiana, on the 18th Day of October, 2002 A.D.; and is

currently in good standing, and sufficiently qualified to perform the duties of an attorney and

counselor at law.

IN WITNESS WHEREOF, I hereunto sign

my name and affix the  seal of this Court, at

the City of New Orleans, this the 28th Day

of December, 2023, A.D.

Clerk of Court
Supreme Court of Louisiana