| | |
|---|---|
| JOHN W. MILLS | JOSEPH F. LAVIGNE |
| (CA State Bar No. 149861) | (*pro hac vice application pending*) |
| JONES WALKER, LLP | JONES WALKER, LLP |
| 3455 PEACHTREE ROAD NE, | 201 ST. CHARLES AVE. |
| SUITE 1400 | SUITE 4700 |
| ATLANTA, GA 30326 | NEW ORLEANS, LA 70170 |
| TELEPHONE: 404-870-7517 | TELEPHONE: 504-582-8610 |
| FACSIMILE: 404-870-7533 | FACSIMILE: 504-589-8610 |
| jmills@joneswalker.com | jlavigne@joneswalker.com |

Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BAKER, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>CINAMAKER, INC., a corporation, BENJAMIN NOWAK, an individual, and DOES 1 through 10, inclusive<br><br>Defendants. | **Case No.** 2:23-cv-10611<br><br>**DECLARATION OF JOHN W. MILLS IN SUPPORT OF *PRO HAC VICE* APPLICATION OF JOSEPH F. LAVIGNE**<br><br>Date: N/A<br>Time: N/A<br>Place: N/A<br>Judge: Fernando L. Aenlle-Rocha<br>Magistrate Judge: Alicia G. Rosenberg |

I, John W. Mills, pursuant to 28 U.S.C. § 1746, declare as follows:

- 1 -

#101899659v1

1. I am over eighteen years of age and competent to testify to the matters stated herein. The matters stated herein are based upon my personal knowledge.

2. This declaration is submitted in support of the *pro hac vice* application of Joseph F. Lavigne.

3. I became a member of the State Bar of California in December 1990. I practiced in Los Angeles, California from December 1990 to June 2002, when I relocated to Atlanta, Georgia. A few my Los Angeles based clients continued to use my services despite my having relocated.

4. From June 2002 until Spring 2012, I relied upon colleagues in downtown Los Angeles to allow me to use conference rooms at their law firms to hold meetings and work. I would stay in hotels downtown. This was the case even after a firm at which I was a partner, Barnes & Thornburg, LLP, established a Los Angeles office in 2010. The office was in Century City, on the West Side of Los Angeles, and I needed to be downtown where my clients and the federal courts are located.

5. In Spring 2012, after ten (10) years of scrambling to arrange conference and hotel rooms in downtown Los Angeles, I joined the California Club located in downtown Los Angeles at 538 S. Flower Street, as a non-resident member. The club is downtown where clients, and the courts, are located. I can work out of the Club's business center and hold meetings, conduct depositions, prepare witnesses for depositions, and prepare for trial in one or more of the Club's conference rooms. Using the Club has added the advantage of providing a place to eat and sleep while working in Los Angeles.

6. While the Club is a social club, I use it for business and consider it my office when I am in Los Angeles. I generally travel to and work in Los Angeles at least one week each month.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 28th day of December 2023 at Atlanta, Georgia.

#101899659v1

DATED:  December 28, 2023

>                                      By:   /s/ John W. Mills
>                                             John W. Mills

#101899659v1