JOSEPH F. LAVIGNE
JONES WALKER, LLP
201 ST. CHARLES AVE.
SUITE 4700
NEW ORLEANS, LA 70170

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BAKER<br><br>                                   Plaintiff(s)<br>v.<br><br>CINAMAKER, INC. and BENJAMIN NOWAK<br><br>                                  Defendant(s). | CASE NUMBER<br><br>2:23CV10611<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lavigne, Joseph F.
*Applicant's Name (Last Name, First Name & Middle Initial*

504-582-8610     504-589-8610
*Telephone Number*     *Fax Number*

jlavigne@joneswalker.com
*E-Mail Address*

of Jones Walker, LLP
201 St. Charles Ave.
Suite 4700
New Orleans, LA 70170
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Cinamaker, Inc. and Benjmain Nowak

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Mills, John W.
*Designee's Name (Last Name, First Name & Middle Initial*

149861     404-870-7517     404-870-7533
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

jmills@joneswalker.com
*E-Mail Address*

of Jones Walker, LLP
3455 Peachtree Road NE
Suite 1400
Atlanta, GA 30326
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                                                                       **U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1

#101899868v1