**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY BAKER,<br><br>PLAINTIFF(S)<br>v.<br>CINAMAKER, INC., et al.,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:23-cv-10611-FLA (AGRx)<br><br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: ORDER GRANTING APPLICATION of Non-Resident Attorney Joseph F. Lavigne

Filed date: January 4, 2024   Document Number(s): 9

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been changed to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: The text summary listed on the docket erroneously identified the court's January 4, 2024 Order denying Non-Resident Attorney Joseph F. Lavigne's Application to Appear Pro Hac Vice (Dkt. 9) as an order granting the application. The court clarifies that the Application to Appear Pro Hac Vice (Dkt. 7) is DENIED. CM/ECF Docket No. 9 shall be corrected to reflect that the Application (Dkt. 7) is DENIED.

CLERK, U.S. DISTRICT COURT

Date: July 3, 2024   By: _____
Deputy Clerk